UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORA NAFTALI AND RONI NAFTALI, AS TRUSTEES OF THE EDTOM TRUST,<br><br>    Plaintiff,<br><br>              - v -<br><br>NEW YORK DEFERRED EXCHANGE CORP., AND JEFFREY WECHSLER,<br><br>    Defendants. | Civil Action No. 15-cv-7152 (JMA)(ARL)<br><br>**NOTICE OF APPEARANCE** |
| NEW YORK DEFERRED EXCHANGE CORP.,<br><br>    Counterclaim Plaintiff,<br><br>              - v -<br><br>ORA NAFTALI AND RONI NAFTALI, AS TRUSTEES OF THE EDTOM TRUST,<br><br>    Counterclaim Defendants. | |
| NEW YORK DEFERRED EXCHANGE CORP.,<br><br>    Third-Party Plaintiff,<br><br>              - v -<br><br>ORA NAFTALI AND RONI NAFTALI,<br><br>    Third-Party Defendants. | |
| ORA NAFTALI AND RONI NAFTALI,<br><br>    Third-Party Counterclaim Plaintiffs,<br><br>              - v -<br><br>NEW YORK DEFERRED EXCHANGE CORP.,<br><br>    Third-Party Counterclaim Defendant. | |

| |
|---|
| ORA NAFTALI AND RONI NAFTALI, |
|     Third-Party Cross-Claim Plaintiffs, |
|     - v - |
| JEFFREY L. WECHSLER, |
|     Third-Party Cross-Claim Defendants. |
| JEFFREY L. WECHSLER, |
|     Second Third-Party Plaintiff, |
|     - v - |
| JOSEPH TAPLITZKY, |
|     Second Third-Party Defendant. |

**PLEASE TAKE NOTICE** that Matthew C. Ferlazzo, Esq. of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, hereby appears in this action on behalf of Defendant/Third-Party Plaintiff/Third-Party Counterclaim Defendant NEW YORK DEFERRED EXCHANGE CORP.

Dated:    New York, New York
           April 26, 2019

                                        HINSHAW & CULBERTSON LLP
                                        *Attorneys for Defendant/Third-Party*
                                        *Plaintiff/Third-Party Counterclaim Defendant*
                                        *New York Deferred Exchange Corp.*

                                  By:  */s/Matthew C. Ferlazzo*
                                        Matthew C. Ferlazzo (MF3315)
                                        800 Third Avenue, 13th Floor
                                        New York, NY 10022
                                        Tel: 212-471-6200
                                        E-mail: mferlazzo@hinshawlaw.com