UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
ORA NAFTALI, RONI NAFTALI,

                Plaintiffs,

   against

**MEDIATION REFERRAL ORDER**

**CV 15-7152 (JMA)**

NEW YORK DEFERRED EXCHANGE CORP., FRITZ TRINKLEIN, JEFFREY L. WECHSLER,

                Defendants.
----------------------------------------------------X

**LINDSAY, Magistrate Judge:**

It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

    ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator at (718) 613-2577, respecting their alternatives and selecting a mediator.

    The mediation is to be concluded by **August 13, 2020**. The parties shall notify the court within two weeks of receipt of a decision or should the mediation fail.

Dated: Central Islip, New York
       June 11, 2020

SO ORDERED:

_____s/_____
ARLENE R. LINDSAY
United States Magistrate Judge