**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORA NAFTALI AND RONI NAFTALI, AS TRUSTEES OF THE EDTOM TRUST,<br><br>  Plaintiff ,<br><br>  - v –<br><br>NEW YORK DEFERRED EXCHANGE CORP., AND JEFFREY WECHSLER<br><br>  Defendants. | Civil Action No. 15-cv-7152 (JMA)(ARL)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| NEW YORK DEFERRED EXCHANGE CORP.,<br><br>  Counterclaim Plaintiff,<br><br>  - v -<br><br>ORA NAFTALI AND RONI NAFTALI, AS TRUSTEES OF THE EDTOM TRUST,<br><br>  Counterclaim Defendants. | |
| NEW YORK DEFERRED EXCHANGE CORP.,<br><br>  Third-Party Plaintiff,<br><br>  - v -<br><br>ORA NAFTALI AND RONI NAFTALI,<br><br>  Third-Party Defendants. | |
| ORA NAFTALI AND RONI NAFTALI,<br><br>  Third-Party Counterclaim Plaintiffs,<br><br>  - v -<br><br>NEW YORK DEFERRED EXCHANGE CORP<br><br>  Third-Party Counterclaim Defendants. | |
| ORA NAFTALI AND RONI NAFTALI<br><br>  Third-Party Cross-Claim Plaintiffs,<br><br>  -v-<br><br>JEFFREY L. WECHSLER,<br><br>  Third-Party Cross-Claim Defendants. | |

JEFFREY L. WECHSLER,

    Third-Party Plaintiff,

        -v-

JOSEPH TAPLITZKY,

    Third-Party Defendant.

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Matthew C. Ferlazzo, dated February 19, 2021, with the exhibits attached thereto, the accompanying Statement of Undisputed Material Facts, the accompanying Memorandum of Law, and all the proceedings heretofore had before this Court, Defendant/Counterclaim Plaintiff/Third-Party Plaintiff/Third-Party Counterclaim Defendant New York Deferred Exchange Corp. ("NYDEC") will hereby move before the Honorable Judge Arlene Lindsay, U.S.M.J., at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting NYDEC summary judgment dismissing the claims of Plaintiffs/Counterclaim Defendants/Third-Party Defendants/Third-Party Counterclaimants/Third-Party Cross-Claim Plaintiffs Edtom Trust and its trustees Ora and Roni Naftali, and granting such other and further relief as this Court may deem to be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 9, 2021, opposition papers shall be served so to be received on or before April 1, 2021, and the fully briefed motion, together with any reply papers, shall be served and filed on or before April 23, 2021.

Dated:    New York, New York
             February 19, 2021

Respectfully submitted,

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant/Counterclaim Plaintiff/Third-Party Plaintiff/Third-Party Counterclaim Defendant*
*New York Deferred Exchange Corp.*

By: /s/ Matthew C. Ferlazzo
    Matthew C. Ferlazzo

800 Third Avenue, 13th Floor
New York, New York 10022
Tel.: 212.471.6200

3