# Exhibit C

# Jeffrey Wechsler

**From:** NYDEC <email@nydec.com>
**Sent:** Wednesday, November 19, 2014 12:26 PM
**To:** Jeffrey Wechsler
**Subject:** Re: Edtom Trust 45 day ID Deadline

Hello Jeff:

In order to abort the exchange and release the fund balance please have the clients forward the following documents:
1) Completed and signed W-9 (an EIN can be quickly obtained if necessary)
2) Notarized FIRPTA affidavit
3) Trust Agreement, listing the trustees as authorized signatories for the Trust.

Regards,

On Tue, Nov 18, 2014 at 3:18 PM, Jeffrey Wechsler <jeff.wechsler@verizon.net> wrote:

Hi Rob –

I just learned this week that the clients do not wish to move forward with a 1031 Exchange. Can you please deduct any fees for your firm and send a bank check to my office for the balance payable to the Trust?

Thank you.

**From:** NYDEC [mailto:email@nydec.com]
**Sent:** Tuesday, November 18, 2014 2:55 PM
**To:** Jeffrey Wechsler; wechslerlaw@gmail.com
**Subject:** Edtom Trust 45 day ID Deadline

Jeff,

Attached, is a reminder that according to our records, the 45 day deadline for the identification period for the aforementioned property exchange is this Monday, November 24, 2014, which is based on the relinquished property's closing date of October 10, 2014.

Also, attached is a blank ID form for their use.

If you have any questions, please don't hesitate to contact us

Regards,

Rob Kosina

Vice President

New York Deferred Exchange Corp.

6800 Jericho Turnpike, Suite 120W

Syosset, New York  11791

T. 516.364.2949
F. 516.364.5957

www.nydec.com

NYDEC facilitates IRC Section 1031 transactions as a Qualified Intermediary. Gain recognition and gain realization issues involve many facts and circumstances, of which NYDEC has neither knowledge nor control. Neither NYDEC, nor its employees / counselors provide tax advice, and statements are not intended to provide or replace legal, accounting or other professional counsel. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

Fritz Trinklein
President
New York Deferred Exchange Corp.
6800 Jericho Turnpike, Suite 120W
Syosset, New York  11791

T. 516.364.2949
F. 516.364.5957
www.nydec.com

NYDEC facilitates IRC Section 1031 transactions as a Qualified Intermediary. Gain recognition and gain realization issues involve many facts and circumstances, of which NYDEC has neither knowledge nor control. Neither NYDEC, nor its employees / counselors provide tax advice, and statements are not intended to provide or replace legal, accounting or other professional counsel. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.