# Exhibit D

 **Gmail**

Fritz Trinklein <fritz.trinklein@gmail.com>

## Edtom Trust

**Jeffrey Wechsler** <jeff.wechsler@verizon.net>  Mon, Dec 8, 2014 at 11:33 AM
To: NYDEC <email@nydec.com>

This was not a scheme.

Jeffrey L. Wechsler, Esq., CPA

60 East 42nd Street, Suite 1133

New York, NY 10165

212.599.1900 (Telephone)

212.599.0535 (Fax)

Jeff.Wechsler@Verizon.net

**From:** NYDEC [mailto:email@nydec.com]
**Sent:** Monday, December 8, 2014 10:54 AM
**To:** Jeffrey Wechsler
**Subject:** Edtom Trust

[Quoted text hidden]

## Jeffrey Wechsler

**From:** NYDEC <email@nydec.com>
**Sent:** Wednesday, December 10, 2014 1:12 PM
**To:** Jeffrey Wechsler
**Subject:** Edtom Trust Property Exchange

**Follow Up Flag:** Follow up
**Flag Status:** Flagged



Jeff:
Thank you for notifying our office of the timely identification of real property, receipted by an eligible recipient, for the Edtom Trust property exchange.
Based on this assurance, the exchanger has the full 180-day period to effectuate the exchange.
Regards,

On Tue, Dec 9, 2014 at 6:15 PM, Jeffrey Wechsler <jeff.wechsler@verizon.net> wrote:

Hi Fritz –

The unit that was identified by the Exchanger is 25 Columbus Circle, Apt 55F within the required time period.

Jeffrey L. Wechsler, Esq., CPA

60 East 42nd Street, Suite 1133

New York, NY 10165

212.599.1900 (Telephone)

212.599.0535 (Fax)

Jeff.Wechsler@Verizon.net

**From:** Taplitzky, Joseph [Joseph.Taplitzky@corcoran.com]
**Sent:** Monday, October 13, 2014 1:05 PM
**To:** Sabrina Seidner
**Subject:** RE: 25 COLUMBUS CIRCLE-55F New York, NY 10019

Thanks

**Joseph Taplitzky**
**Licensed Associate RE Broker**

Top 1% NRT Nationwide
The Corcoran Group
660 Madison Ave

NY NY 10065

212.605.9264
Jtaplitzky@corcoran.com

---

**From:** Sabrina Seidner [mailto:sabrinas@nestseekers.com]
**Sent:** Monday, October 13, 2014 1:00 PM
**To:** Taplitzky, Joseph
**Subject:** RE: 25 COLUMBUS CIRCLE-55F New York, NY 10019

Thank-you Joseph,
I will let you know.
Best, Sabrina, 917-805-9475

Sabrina Seidner

*Access. Branding. Closing.*

Associate Broker

Upper West Side Office

Nest Seekers International

100 Riverside Boulevard

NAFTALI-00348

New York, NY 10069

Cell: 917-805-9475

Office: 646-681-8818

Fax: 212-252-9347

*"Your referral is the best compliment."*

---

**From:** Taplitzky, Joseph [Joseph.Taplitzky@corcoran.com]
**Sent:** Monday, October 13, 2014 12:35 PM
**To:** Sabrina Seidner
**Subject:** RE: 25 COLUMBUS CIRCLE-55F New York, NY 10019

Hi Sabrina,

My client, Ron Natalie, has authorized me to place an improved offer of $4,200,000. Please present this to the owner and let me know.

Best,

**Joseph Taplitzky**
**Licensed Associate RE Broker**

Top 1% NRT Nationwide
The Corcoran Group
660 Madison Ave

NY NY 10065

212.605.9264
Jtaplitzky@corcoran.com

**From:** Sabrina Seidner [mailto:sabrinas@nestseekers.com]
**Sent:** Monday, October 13, 2014 10:09 AM
**To:** Taplitzky, Joseph
**Subject:** Re: 25 COLUMBUS CIRCLE-55F New York, NY 10019

Thank-you -- will call you back at 10:30.

Best, Sabrina, 917-805-9475

All the Best,

Sabrina Seidner

Access. Branding. Closing.

Associate Broker

Nest Seekers International

100 Riverside Boulevard

Cell: 917-805-9475

Direct: 646-681-8818

Fax: 212-252-9347

On Oct 13, 2014, at 9:54 AM, "Taplitzky, Joseph" <Joseph.Taplitzky@corcoran.com> wrote:

> I just left you a voice mail. Please call me when you have a chance. 646-642-2243

**Joseph Taplitzky**
**Licensed Associate RE Broker**

Top 1% NRT Nationwide
The Corcoran Group
660 Madison Ave

NY NY 10065

212.605.9264
Jtaplitzky@corcoran.com

**From:** Sabrina Seidner [mailto:sabrinas@nestseekers.com]
**Sent:** Sunday, October 12, 2014 9:51 PM
**To:** Taplitzky, Joseph
**Cc:** Tzen Rebecca
**Subject:** Re: 25 COLUMBUS CIRCLE-55F New York, NY 10019

Hi Joseph,

What is your customer's name? At this point their offer is just too low to counter. While the owner would certainly prefer no mortgage contingency, we have a significantly higher offer --

Let us know. Thank-you.

Best, Sabrina, 917-805-9475


All the Best,


Sabrina Seidner

Access. Branding. Closing.

Associate Broker

Nest Seekers International

100 Riverside Boulevard

Cell: 917-805-9475

Direct: 646-681-8818

Fax: 212-252-9347

On Oct 12, 2014, at 7:15 PM, "Taplitzky, Joseph" <Joseph.Taplitzky@corcoran.com> wrote:

Ok

Sent via the Samsung Galaxy S™III, an AT&T 4G LTE smartphone

Sabrina Seidner <sabrinas@nestseekers.com> wrote:

Hi Joseph,

Thank-you very much. We appreciate this offer. But as our other offer is much higher I know the seller will say it is too low to counter. But we will let you know how she responds.

The owner is serious but she is not desperate. She can afford to hold on to the apartment if she needs to.

We will be in touch.

Best, Sabrina, 917-805-9475

All the Best,

Sabrina Seidner

Access. Branding. Closing.

Associate Broker

Nest Seekers International

100 Riverside Boulevard

Cell: 917-805-9475

Direct: 646-681-8818

Fax: 212-252-9347

On Oct 12, 2014, at 6:40 PM, "Taplitzky, Joseph" <Joseph.Taplitzky@corcoran.com> wrote:

> Hi Sabrina,
>
> Thank you for showing the apartment today. On behalf of my clients I would like to present and offer of $4,000,000. There is NO mortgage contingency and my clients are ready to close on the apartment as soon as your buyer is ready. Please let me know.
>
> Best,
>
> **Joseph Taplitzky**
> **Licensed Associate RE Broker**
>
> Top 1% NRT Nationwide
> The Corcoran Group
> 660 Madison Ave
>
> NY NY 10065
>
> 212.605.9264
> Jtaplitzky@corcoran.com

---

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

The Corcoran Group is a licensed real estate broker.

---

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

The Corcoran Group is a licensed real estate broker.

---

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

NAFTALI-00355

The Corcoran Group is a licensed real estate broker.

---------------------------------------------------------------------------------------------
---------------

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

The Corcoran Group is a licensed real estate broker.

---------------------------------------------------------------------------------------------
---------------

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

The Corcoran Group is a licensed real estate broker.

---------------------------------------------------------------------------------------------------
---------------

All material herein is intended for information purposes only and has been compiled from sources deemed reliable. Though information is believed to be correct, it is presented subject to errors, omissions, changes or withdrawal without notice.

Nothing in this email shall be deemed to create a binding contract to purchase/sell real estate. The sender of this email does not have the authority to bind a buyer or seller to a contract via written or verbal communications including, but not limited to, email communications.

The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's company is not liable for any loss or damage arising in any way from this message or its attachments.

The Corcoran Group is a licensed real estate broker.


--

Fritz Trinklein
President
New York Deferred Exchange Corp.
6800 Jericho Turnpike, Suite 120W
Syosset, New York  11791
T. 516.364.2949
F. 516.364.5957
www.nydec.com
NYDEC facilitates IRC Section 1031 transactions as a Qualified Intermediary. Gain recognition and gain realization issues involve many facts and circumstances, of which NYDEC has neither knowledge nor control. Neither NYDEC, nor its employees / counselors provide tax advice, and statements are not intended to provide or replace legal, accounting or other professional counsel. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.