# Exhibit E

Gmail - Edtom trust Disclosure Letter and Dual Signature form          https://mail.google.com/mail/u/0/?ui=2&ik=0dca7192e5&jsver=T...

 **Gmail**                                          Fritz Trinklein <fritz.trinklein@gmail.com>

## Edtom trust Disclosure Letter and Dual Signature form

**NYDEC** <email@nydec.com>                                             Tue, Dec 23, 2014 at 5:04 PM
To: Jeffrey Wechsler <jeff.wechsler@verizon.net>

Jeff:

As requested, here is the email and attachment showing proof of receipt of funds held on behalf of the exchanger. The balance, $1,795,405.61 remains in NYDEC's exchange account, allocated to this exchange. As you know we are unable to establish a segregated exchange account until we receive a completed W-9 with the exchanger's federal tax identification number.

Please provide us with the status of obtaining the TIN as time is of the essence.

Regards,

[Quoted text hidden]
--



Fritz Trinklein
President
New York Deferred Exchange Corp.
6800 Jericho Turnpike, Suite 120W
Syosset, New York  11791
T. 516.364.2949
F. 516.364.5957
www.nydec.com
NYDEC facilitates IRC Section 1031 transactions as a Qualified Intermediary. Gain recognition and gain realization issues involve many facts and circumstances, of which NYDEC has neither knowledge nor control. Neither NYDEC, nor its employees / counselors provide tax advice, and statements are not intended to provide or replace legal, accounting or other professional counsel. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

 Depost slip.pdf
217K

 Gmail

Fritz Trinklein <fritz.trinklein@gmail.com>

---

## Edtom trust Disclosure Letter and Dual Signature form

**Jeffrey Wechsler** <jeff.wechsler@verizon.net>  Tue, Dec 23, 2014 at 5:09 PM
To: NYDEC <email@nydec.com>

I'm in the process of trying to obtain the TIN's from the IRS.

Jeffrey L. Wechsler, Esq., CPA

60 East 42nd Street, Suite 1133

New York, NY 10165

212.599.1900 (Telephone)

212.599.0535 (Fax)

Jeff.Wechsler@Verizon.net

**From:** NYDEC [mailto:email@nydec.com]
**Sent:** Tuesday, December 23, 2014 5:04 PM
**To:** Jeffrey Wechsler
**Subject:** Fwd: Edtom trust Disclosure Letter and Dual Signature form

[Quoted text hidden]