# Exhibit F

**Jeffrey Wechsler**

| | |
|---|---|
| From: | NYDEC <email@nydec.com> |
| Sent: | Friday, April 10, 2015 5:41 PM |
| To: | Jeffrey Wechsler |
| Cc: | Evan Metalios |
| Subject: | Re: REVISED Edtom Trust tax return |
| Attachments: | Edtom Trust Form 8288.pdf; FundReq.pdf |



Jeff:

As directed by the IRS, we submitted Form 8288, along with the mandated $395,000 payment on the final day of the Exchange Period, April 8, 2015 (please see attached). I believe Evan gave you instruction as to how to apply this deposit toward your client's tax return.

As you will note on the form, we are making the case of establishing April 8, 2015 as the "transfer date" in an attempt to minimize the interest/penalty burden on your client.

With Evan's approval, and upon receipt of a signed Fund Request form (also attached for your convenience), we will issue a check payable to NYS Income Tax as per your request.

Regards,

On Fri, Apr 10, 2015 at 11:26 AM, Jeffrey Wechsler <jeff.wechsler@verizon.net> wrote:

Attached please find the tax return.

Can you please send me 2 checks by April 13, 2015 as follows so that I can submit the tax return:

United States Treasury   $395,000

NYS Income Tax           $ 96,206

I will then mail the tax returns to the IRS and NYS.

I will forward you a signed copy of the tax return when I receive it from the client.

Evan can you please forward the Affidavit that we previously discussed for the client to sign?

Thank you.

Jeffrey L. Wechsler, Esq., CPA

60 East 42nd Street, Suite 1133

New York, NY 10165

212.599.1900 (Telephone)

212.599.0535 (Fax)

Jeff.Wechsler@Verizon.net

---

Fritz Trinklein
President
New York Deferred Exchange Corp.
6800 Jericho Turnpike, Suite 120W
Syosset, New York  11791
T. 516.364.2949
F. 516.364.5957
www.nydec.com
NYDEC facilitates IRC Section 1031 transactions as a Qualified Intermediary. Gain recognition and gain realization issues involve many facts and circumstances, of which NYDEC has neither knowledge nor control. Neither NYDEC, nor its employees / counselors provide tax advice, and statements are not intended to provide or replace legal, accounting or other professional counsel. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# Form 8288 (Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## U.S. Withholding Tax Return for Dispositions by Foreign Persons of U.S. Real Property Interests

OMB No. 1545-0902

► Information about Form 8288 and its separate instructions is at www.irs.gov/form8288.

Complete Part I or Part II. Also complete and attach Copies A and B of Form(s) 8288-A.
(Attach additional sheets if you need more space.)

### Part I — To Be Completed by the Buyer or Other Transferee Required To Withhold Under Section 1445(a)

**1 Name of buyer or other transferee responsible for withholding (see instructions)**
New York Deferred Exchange Corporation

**Identifying number:** [redacted]

**Street address, apt. or suite no., or rural route. Do not use a P.O. box.**
6900 Jericho Tpke., Suite 120W

**City or town, province or state, country, and ZIP or foreign postal code**
Syosset, NY 11791

**Phone number (optional):** 516-354-2949

**2 Description and location of property acquired**
322 West 57th Street, Unit 42U1, New York, New York 10019

**3 Date of transfer:** April 8, 2015

**4 Number of Forms 8288-A attached:** 1

**5 Amount realized on the transfer:** $3,950,000.00

**6 Check applicable box.**
a Withholding is at 10% ☑
b Withholding is of a reduced amount ☐

**7 Amount withheld:** $395,000.00

### Part II — To Be Completed by an Entity Subject to the Provisions of Section 1445(e)

**1 Name of entity or fiduciary responsible for withholding (see instructions)**

**Identifying number:**

**Street address, apt. or suite no., or rural route. Do not use a P.O. box.**

**City or town, province or state, country, and ZIP or foreign postal code**

**Phone number (optional):**

**2 Description of U.S. real property interest transferred or distributed**

**3 Date of transfer:**

**4 Number of Forms 8288-A attached:**

**5 Complete all items that apply.**
a Amount subject to withholding at 35%
b Amount subject to withholding at 10%
c Amount subject to withholding at reduced rate
d Large trust election to withhold at distribution ☐

**6 Total amount withheld:**

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of withholding agent, partner, fiduciary, or corporate officer
Title (if applicable): President
Date: 4/10/15

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| --- | --- | --- | --- | --- |

Firm's name ►
Firm's address ►
Firm's EIN ►
Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 62260A     Form **8288** (Rev. 8-2013)

| Withholding agent's name, street address, city, state, and ZIP code<br>New York Deferred Exchange Corporation<br>6800 Jericho Tpke, Suite 120W<br>Syosset, NY 11791 || 1 Date of transfer<br>April 8, 2015 | **Statement of Withholding on Dispositions by Foreign Persons of U.S. Real Property Interests**<br>OMB No. 1545-0902 ||
|---|---|---|---|---|
| | | 2 Federal income tax withheld<br>$395,000.00 | | |
| Withholding agent's Federal identification number | Identification number of foreign person subject to withholding (see instructions) | 3 Amount realized<br>$3,950,000.00 | 4 Gain recognized by foreign corporation | Copy A<br>For Internal Revenue Service Center |
| Name of person subject to withholding<br>The Edtom Trust || 5 Description of property transferred<br>322 West 57th Street, Unit 42U1, New York, New York 10019 || For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 8288. |
| Foreign address (number, street, and apt. or suite no.) || 6 Person subject to withholding is:   An Individual ☐<br>A corporation ☐   Other (specify) ► Trust || |
| City, province or state, postal code, and country (not U.S.) | 7. Country code | Mailing address of person subject to withholding (if different)<br>C/O Jeffrey Wechsler, Esq., 60 East 42nd Street, Ste. 1133, New York, NY 10165 || |

Form 8288-A (Rev. 6-2011)    Cat. No. 62261L    Attach Copies A and B to Form 8288    Department of the Treasury - Internal Revenue Service

**STERLING NATIONAL BANK**
90 BROADHOLLOW ROAD
MELVILLE, NY

REMITTER   NEW YORK DEFERRED EXHANGE

PAY TO THE ORDER OF   UNITED STATES TREASURY

Three Hundred Ninety-Five Thousand and 00/100

MEMO   The Edtorn Trust

**CASHIER'S CHECK**

DATE   04/09/15
BRANCH   412

$395,000.00

Two Signatures Required over $5,000.00

---

**STERLING NATIONAL BANK**
90 BROADHOLLOW ROAD
MELVILLE, NY

**CASHIER'S CHECK**

DATE 04/09/15

REMITTER   NEW YORK DEFERRED EXHA

TO   UNITED STATES TREASURY

MEMO _____

BRANCH           412
ORIGINATOR   PROJMC
TIME              15:30:34

CHECK AMT   $395,000.00
FEE AMT          $0.00

**NON-NEGOTIABLE**

JWL000349



# FUND REQUEST

Fax Request to: 516-364-5957

DATE _____  EXCHANGER'S NAME _____ **The Edtom Trust** _____

**FUNDS REQUESTED BY:**
- ☐ EXCHANGER
- ☐ ATTORNEY

AUTHORIZING PARTY CONTACT NAME _____

PHONE _____

☐ DEPOSIT  Funds for "Acquired"
☐ PURCHASE  Property address:
_____
_____
_____

**Please allow** a minimum of three (3) business days written notice from Owner or Owner's attorney for issuance of funds.

**BANKCHECKS:** Please issue **check(s)** as listed:   (BANKCHECKS ONLY)

| CHECK | PAYABLE TO | AMOUNT |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

All checks memo section: NYDEC *fbo* **EDTOM TRUST**

CHECK TOTAL  $ _____

**Deliver checks to:** *(no P.O. boxes please)*
_____
_____
_____
_____

Phone: _____

Exchanger agrees and consents that NYDEC shall have no liability or responsibility for damages incurred as the result of banking institution's error or malfeasance with respect to fund disbursements. The authorizing party herein represents that full authority exists for this request.

_____
SIGNATURE

_____
PLEASE PRINT NAME

**WIRED FUNDS:** _____

AMOUNT $ _____

**BENEFICIARY INFORMATION**
NAME _____
ACCOUNT NUMBER _____
ADDRESS _____
_____

MEMO FIELD: **NYDEC fbo EDTOM TRUST**

**DEPOSITORY BANK INFORMATION**
NAME _____
ABA NUMBER _____
ADDRESS _____
_____

*FOR NYDEC OFFICE USE ONLY*

BANK NAME: _____
Please transfer funds from the following sub account, and issue from NYDEC Master Escrow Account, checks and/or wire, as requested.

SUB ACCOUNT NUMBER    SUB ACCOUNT NAME

$ _____
FUND TRANSFER AMOUNT

DATE TO SEND WIRE: _____

DATE CHECK(S) TO ARRIVE: _____
- ☐ PRIORITY Overnite by 10:30 nxt morning
- ☐ Next Business Day by 3:00 pm
- ☐ 2 Day - second business day by 4:30

_____
APPROVED BY NYDEC PRESIDENT
6800 JERICHO TURNPIKE ▫ SUITE 120W ▫ SYOSSET, NY 11791

10-12