# Exhibit G



EXHIBIT
Defts 35
9/5/19 EB

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

000544.577123.10508.22663 1 MB 0.439 530

EDTOM TR
% WECHSLER
RON NAFTALI TTEE
60 E 42ND ST STE 1133
NEW YORK  NY   10165

000544

Date of this notice: 07-09-2015

Employer Identification Number:
█████████

Form: 1041

Number of this notice: CP 576 A

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

As we were processing your Form 1041 for tax period 122014, we found that your form didn't have a valid Employer Identification Number (EIN). Our records show that no EIN assigned to this business. Since an EIN is required by law, we assigned EIN ███████ to this business. Please keep this notice for your records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Every taxpayer must figure taxable income on the basis of an annual accounting period, called a tax year. For trusts, your tax year generally must be a calendar year, unless you are a charitable trust or are exempt from tax under the law. For partnerships, your tax year must conform with either the tax year of the majority partners, the tax year of the principal owners, or a calendar year, in that order, unless you establish a business purpose for using a different tax year. A personal service corporation must use a calendar year as its tax year, unless you establish a business purpose for using a different tax year. For further information, see Publication 538, Accounting Periods and Methods, which is available at most IRS offices or from our Web site at www.irs.gov.

Please complete the Form SS-4, Application for Employer Identification Number, so we can complete our record of your account. Be sure to date the form and send it to us with the tear off stub from this notice. You can get Form SS-4, by calling 1-800-TAX-FORM (1-800-829-3676) or by downloading it from the IRS Web site at www.irs.gov.

If you already have an EIN for this business, please send a copy of the notice you received assigning you that EIN, along with the tear off stub from this notice, so we can update our records.

Your name control associated with this EIN is EDTO. You will need to provide this information, along with your EIN, if you file your returns electronically.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return this stub. Thank you for your cooperation.

NAFTALI-01847

(IRS USE ONLY)    576A            07-09-2015   EDTO  B  0223382180   1041



)0544

Keep this part for your records.         CP 576 A (Rev. 1-2013)

------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please                                CP 576
correct any errors in your name or address.
                                                                   0223382180

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 07-09-2015
( )     -                                   EMPLOYER IDENTIFICATION NUMBER: ███
                                            FORM:  1041                NOBOD

                                            EDTOM TR
                                            % WECHSLER
                                            RON NAFTALI TTEE
INTERNAL REVENUE SERVICE                    60 E 42ND ST STE 1133
CINCINNATI  OH   45999-0023                 NEW YORK  NY    10165

NAFTALI-01848