# Exhibit I

# In the Matter Of:

15-cv- 7152 (JMA) (ARL)

NAFTALI AS TRUSTEES OF THE EDTOM TRUST

v.

NEW YORK DEFERRED EXCHANGE CORP., et al.

## Depositon of Ora Naftali

*Friday, August 23, 2019*

CONDENSED



The Little Reporting Company

330 West 38th Street
Suite 404
New York, NY 10018
tel: 646 650 5055
www.littlereporting.com

## Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X
ORA NAFTALI AND RONI NAFTALI,
AS TRUSTEES OF THE EDTOM TRUST,   Civil Action No.
            Plaintiff,            15-cv-7152
       - v -                      (JMA)(ARL)
NEW YORK DEFERRED EXCHANGE
CORP., AND JEFFREY WECHSLER

            Defendants.
--------------------------------------X
NEW YORK DEFERRED EXCHANGE CORP.,

      Counterclaim Plaintiff,

       - v -

ORA NAFTALI AND RONI NAFTALI, AS
TRUSTEES OF THE EDTOM TRUST,
      Counterclaim Defendants.
--------------------------------------X
NEW YORK DEFERRED EXCHANGE CORP.,
      Third-Party Plaintiff,
       - v -
ORA NAFTALI AND RONI NAFTALI,
      Third-Party Defendants.
--------------------------------------X

                August 23, 2019
                10:27 a.m.

         DEPOSITION OF ORA NAFTALI

Reported by:
Elizabeth Santamaria
```

## Page 2

```
 1
 2  --------------------------------------X
 3  ORA NAFTALI AND RONI NAFTALI,
 4      Third-Party Counterclaim Plaintiffs,
 5          - v -
 6  NEW YORK DEFERRED EXCHANGE CORP.,
 7      Third-Party Counterclaim Defendants.
 8  --------------------------------------X
 9  ORA NAFTALI AND RONI NAFTALI,
10      Third-Party Cross-Claim Plaintiffs,
11          - v -
12  JEFFREY L. WECHSLER,
13      Third-Party Cross-Claim Defendants.
14  --------------------------------------X
15  JEFFREY L. WECHSLER,
16
        Third-Party Plaintiff,
17          - v -
18  JOSEPH TAPLITZKY,
19      Third-Party Defendant.
    --------------------------------------X
20
21              August 23, 2019
22              10:27 a.m.
23       Deposition of ORA NAFTALI, pursuant
    to Order, at the offices of Kishner Miller
24  Himes, 40 Fulton Street, New York, New York,
    before Elizabeth Santamaria, a Reporter and
25  Notary Public of the State of New York
```

## Page 3

```
 1
 2  A P P E A R A N C E S:
 3
 4  KISHNER MILLER HIMES P.C.
 5  Attorneys for Plaintiff/Counterclaim Defendant
 6  Ora Naftali
 7       40 Fulton Street - 12th Floor
 8       New York, New York 10038
 9  BY:  BRYAN W. KISHNER, ESQ.
10       (212)585-3425
11  Email:  kishner@kishnerlegal.com
12
13  MILBER MAKRIS PLOUSADIS SEIDEN
14  Attorneys for Third-Party Cross-Claim Defendant
15  Jeffrey L. Wechsler
16       1000 Woodbury Road - Suite 402
17       Woodbury, New York 11797
18  BY:  JOHN ANTHONY LENTINELLO, ESQ.
19       (516) 712-4000
20  Email:  Jlentinello@milbermakris.com
21
22
23
24
25
```

## Page 4

```
 1
 2  A P P E A R A N C E S (c o n t'd):
 3  HINSHAW & CULBERTSON LLP
 4  Attorneys for Defendant and
 5  Counterclaim Plaintiff/
 6  Third-Party Plaintiff/
 7  Third-Party Counterclaim Defendant
 8  New York Deferred Exchange Corp.
 9       800 Third Avenue - 13th Floor
10       New York, New York 10022
11  BY:  MATTHEW C. FERLAZZO, ESQ.
12       SUZANNE WALSH, ESQ.
13       (212) 471-6200
14  Email:  Mferlazzo@hinshawlaw.com
15  Email:  Swalsh@hinshawlaw.com
16
17  ORLOFF LOWENBACH STIFELMAN & SIEGEL, PA
18  Attorneys for Third-Party Defendant
19  Joseph Taplitzky
20       44 Whippany Road - Suite 100
21       Morristown, New Jersey 07960
22  BY:  MARC C. SINGER, ESQ.
23       (973) 622-6200 X423
24  Email:  mcs@olss.com
25  ALSO PRESENT:  Roni Naftali
```

1 (Pages 1 to 4)

Page 5

```
 1                                
 2                 * * *
 3         IT IS HEREBY STIPULATED AND AGREED,
 4   by and between counsel for the respective
 5   parties hereto, that the filing, sealing and
 6   certification of the within deposition shall
 7   be and the same are hereby waived;
 8         IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to the form of
10   the question, shall be reserved to the time of
11   the trial;
12         IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed
14   before any Notary Public with the same force
15   and effect as if signed and sworn to before
16   the Court.
17                 * * *
```

Page 6

```
 1                    O. Naftali
 2         MR. FERLAZZO:  Let's premark
 3   Defendant's Exhibits 1 through 4.
 4         (Defendant's Exhibit 1, pages Bates
 5   stamped NAFTALI-0142 to NAFTALI-0156, marked
 6   for identification, as of this date.)
 7         (Defendant's Exhibit 2, contract of
 8   sale dated 7/30/2019, marked for
 9   identification, as of this date.)
10         (Defendant's Exhibit 3, pages Bates
11   stamped NAFTALI-0083 to NAFTALI-0090, marked
12   for identification, as of this date.)
13         (Defendant's Exhibit 4, pages Bates
14   stamped NAFTALI-0022 to NAFTALI-0030, marked
15   for identification, as of this date.)
16         MR. FERLAZZO:  Before we get
17   started, I just want to make a statement
18   for the record that counsel have
19   discussed --
20         MR. NAFTALI:  Please speak louder.
21         MR. FERLAZZO:  Sure.  Before we get
22   started, I want to make a statement for
23   the record with regard to something that
24   counsel have discussed.
25         A few weeks ago the counsel for the
```

Page 7

```
 1                    O. Naftali
 2   witnesses, the plaintiffs, asked for an
 3   interpreter to be present during the
 4   deposition.  After an exchange between
 5   counsel we are not providing an
 6   interpreter today.  The witnesses have
 7   agreed to go forward without the
 8   interpreter today.  We are going to try
 9   to accomplish as much with the
10   questioning as possible in English.
11         To the extent we cannot complete
12   all of the questioning due to any
13   language issues of the witnesses, there
14   is another deposition scheduled on
15   Tuesday and we will provide an
16   interpreter on that day if necessary.  My
17   understanding is plaintiffs are okay with
18   that at this point.
19         MR. KISHNER:  Yes.
20         While we would prefer to have an
21   interpreter, we understand that we are
22   going to try to proceed today and do the
23   best that we can.
24         To the extent that you do not
25   understand a question because of a
```

Page 8

```
 1                    O. Naftali
 2   language issue, let them know so it's
 3   very clear.  Okay?
 4         THE WITNESS:  Okay.
 5   O R A    N A F T A L I, having been first duly
 6       sworn according to law by the Officer,
 7       testifies as follows:
 8   EXAMINATION BY
 9   MR. FERLAZZO:
10       Q.   Good morning, Ms. Naftali.  My name
11   is Matt Ferlazzo.  I'm a lawyer with the law
12   firm of Hinshaw & Culbertson.  I represent
13   New York Deferred Exchange Corp. in this
14   lawsuit.  I'm going to be taking your
15   deposition today.  I don't know if you have
16   ever had your deposition taken before, but
17   just so we are on the same page I'm going to
18   go over a few sort of ground rules of how the
19   process will work.
20         I'm going to be asking you a series
21   of questions.  You'll need to give answers to
22   those questions and your answers will need to
23   be verbal, because the court reporter cannot
24   take down a shake of your head or a shrug of
25   your shoulders.
```

```
                    41
 1          O. Naftali
 2      Q.  Do you have records you keep
 3   anywhere about the Edtom Trust?
 4      A.  No.
 5      Q.  Do you know what the purpose of
 6   Exhibit 1 was?
 7          MR. KISHNER:  I'm going to object.
 8      If you understand it, you can answer.
 9      A.  What the purpose for this one?  I
10   suppose to create the trust.
11      Q.  Before the Edtom Trust was created,
12   had you ever been involved in creating any
13   other trust?
14      A.  No.
15      Q.  What about before the Naftali Trust
16   was created; had you ever been involved in
17   creating any other trust?
18      A.  No.
19      Q.  Now, we talked a little bit about
20   this before, but you acquired unit 42-U at
21   some point, right?
22      A.  Acquired?
23      Q.  You bought it at some point?
24      A.  Yes.
25      Q.  But you don't remember when that
```

```
                    42
 1          O. Naftali
 2   was?
 3      A.  When I --
 4      Q.  When you bought it.  Do you
 5   remember when that was?
 6      A.  The two units?  No.  I bought it
 7   ten years.  I don't know.
 8      Q.  Why did you buy the two units?
 9      A.  Just investment, and I want to have
10   an apartment in New York.
11      Q.  What do you mean by "investment"?
12   What kind of investment?  What were you
13   intending to do with the apartment?
14          MR. KISHNER:  Objection as to form.
15          You can answer.
16      A.  To have a property.  It's always a
17   good investment, a property in New York.
18      Q.  Do you remember when you decided
19   you wanted to invest in property in New York?
20      A.  You mean what day?
21      Q.  Generally, time frame.  Do you
22   remember when?
23      A.  It's about ten years.  Ten, nine.
24      Q.  Did someone suggest to you at that
25   period of time that you should invest in
```

```
                    43
 1          O. Naftali
 2   property in New York?
 3      A.  No.
 4      Q.  Is it something you thought of on
 5   your own?
 6      A.  Yes, me and Roni together.
 7      Q.  Before you bought any property in
 8   New York, did you discuss investing in
 9   property in New York with anyone other than
10   Mr. Naftali?
11      A.  No, not exactly.  No.
12      Q.  You said there "not exactly."
13      A.  Yes.
14      Q.  Did you have any general discussion
15   about investing in property about the time you
16   decided you wanted to invest in property in
17   New York?
18      A.  No, no.
19      Q.  Before you bought any property in
20   New York, did you do any research online about
21   investing in property in New York?
22      A.  No.
23      Q.  Before you bought the property in
24   New York, did you do any research online about
25   investing in property in the United States?
```

```
                    44
 1          O. Naftali
 2      A.  No.
 3      Q.  Before you bought any property in
 4   New York, did you do any research online about
 5   any taxes that might be associated with owning
 6   property in the United States?
 7      A.  No.
 8      Q.  Did you ever read any books about
 9   investing in property in New York?
10      A.  No.
11      Q.  Did you ever read any books about
12   any taxes that might be associated with owning
13   property in the United States?
14      A.  No, no.
15          Sorry.
16      Q.  I know it's hard.  You want to --
17   you're anticipating my questions.  Everybody
18   does it.  To the extent you can try not to, it
19   will help us keep the record clear.
20          Before you bought any property in
21   New York, did you hire a real estate broker to
22   work for you?
23      A.  Yes.
24      Q.  Who did you hire?
25      A.  Joseph Taplitzky.
```

```
                                                    53
 1                 O. Naftali
 2      you're giving a speaking objection.
 3           MR. KISHNER:  I did not -- I did
 4      not -- I did not object and tell her not
 5      to answer.  I'm telling her she can
 6      answer.  I'm just letting you know it was
 7      asked and answered several times.
 8           MR. FERLAZZO:  Okay, "asked and
 9      answered" is fine; otherwise it
10      constitutes a speaking objection.
11           I don't know -- we don't need to
12      get started with speaking objections.
13      There's no need for them and I'll keep
14      asking her.  Since she doesn't recall,
15      I'm allowed to keep testing the witness's
16      memory.  If you think that's incorrect,
17      you can keep objecting and at some point
18      we can call the judge.
19           MR. KISHNER:  Can you please ask
20      your next question.
21           MR. FERLAZZO:  I'll ask my next
22      question when I'm ready, Counsel.
23           Why don't we take a break.
24           MR. KISHNER:  Are you ready?
25           MR. FERLAZZO:  Why don't we take a
```

```
                                                    54
 1                 O. Naftali
 2      break.
 3           MR. KISHNER:  All right.
 4           MR. FERLAZZO:  Five minutes, is
 5      that okay with everybody?
 6           (Recess taken.)
 7       Q.  Mrs. Naftali, after Edtom Trust
 8      purchased unit 42-U, what did the trust do
 9      with it?  Did it use it for anything?
10           MR. KISHNER:  Objection.
11       A.  The trust?
12       Q.  Yes.  Yes, what did it do with the
13      unit after --
14       A.  42-U?
15       Q.  Yes.
16       A.  42-U?  You asked about 42-U?
17       Q.  42-U.
18       A.  We rent it.
19       Q.  Do you recall approximately how
20      long after the trust purchased unit 42-U it
21      rented the unit?
22       A.  I can't -- I don't know exactly.  I
23      can't remember.
24       Q.  How did you go about finding a
25      tenant for unit 42-U?
```

```
                                                    55
 1                 O. Naftali
 2       A.  Through Joseph Taplitzky.
 3       Q.  The person who rented unit 42-U,
 4      did they pay the trust money every month to
 5      rent the unit?
 6           MR. KISHNER:  Objection.
 7           You can answer.
 8       A.  I can't remember exactly if it was
 9      every month or -- I can't remember.
10       Q.  But the person who rented 42-U did
11      pay some amount of rent to the trust?
12       A.  Yes, yes.
13           MR. KISHNER:  Objection.
14           You can answer.
15       Q.  Did you ever ask anyone if the
16      trust owed any taxes on the rent that was
17      being paid?
18       A.  No.
19       Q.  Did you ever research whether the
20      trust owed any taxes on the rent that was
21      being paid?
22       A.  No.
23       Q.  Did anyone ever tell you the trust
24      may owe taxes on the rent that was being paid?
25       A.  I don't remember.
```

```
                                                    56
 1                 O. Naftali
 2       Q.  At some point did the trust decide
 3      it wanted to sell unit 42-U?
 4       A.  If we decide to sell it?  Yes.
 5       Q.  Do you recall when that was?
 6       A.  No.
 7       Q.  Why did the trust decide it wanted
 8      to sell unit 42-U?
 9       A.  Because it was a good deal to sell
10      it.
11       Q.  What do you mean, it was a good
12      deal to sell it?
13       A.  The price go higher.
14       Q.  Did the trust hire a real estate
15      broker to assist it in selling unit 42-U?
16       A.  We work all the time with Joseph
17      Taplitzky.
18       Q.  So would it be fair to say that
19      Mr. Taplitzky worked for the trust to try and
20      sell unit 42-U?
21           MR. KISHNER:  Objection.
22           You can answer.
23       A.  Yes.
24       Q.  Did you ever ask Mr. Taplitzky if
25      the trust may owe any taxes if it sold
```