# Exhibit M

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
ORA NAFTALI AND RONI NAFTALI,
AS TRUSTEES OF THE EDTOM TRUST,

                Plaintiffs.
                                CIVIL ACTION
         v.                     No. 15-cv-7152
                                (JMA)(ARL)
NEW YORK DEFERRED EXCHANGE CORP.,
AND JEFFREY L. Wechsler,

                Defendants.
-------------------------------------
NEW YORK DEFERRED EXCHANGE CORP.,

         Counterclaim Plaintiff,

         v.

ORA NAFTALI AND RONI NAFTALI,
AS TRUSTEES OF THE EDTOM TRUST,

         Counterclaim Defendants.
-------------------------------------
NEW YORK DEFERRED EXCHANGE CORP.

            Third-Party Plaintiff,

         v.

ORA NAFTALI AND RONI NAFTALI,

            Third-Party Defendants.
-------------------------------------


      DEPOSITION OF JOSEPH TAPLITZKY

            October 17, 2019
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1
 2   ----------------------------------------
 3   ORA NAFTALI AND RONI NAFTALI,
 4      Third-Party Counterclaim Plaintiffs,
 5                 v.
 6   NEW YORK DEFERRED EXCHANGE CORP.,
 7      Third-Party Counterclaim Defendants,
 8   ----------------------------------------
 9   ORA NAFTALI AND RONI NAFTALI,
10      Third-Party Cross-Claim Plaintiffs,
11                 v.
12   JEFFREY L. WECHSLER,
13      Third-Party Cross-Claim Defendants.
     ----------------------------------------
14   JEFFREY L. WECHSLER,
15                Third-Party Plaintiff,
16            v.
17   JOSEPH TAPLITZKY,
18                Third-Party Defendant.
     ----------------------------------------
19
20
21
22
23
24
25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1
 2        Deposition of JOSEPH TAPLITZKY, the
 3   Third-Party Defendant herein, pursuant to Order,
 4   held at Hinshaw & Culbertson, 800 Third Avenue,
 5   New York, New York, commencing at 10:30 a.m, and
 6   before Helene Gruber, a certified shorthand
 7   reporter and notary public within and for the
 8   state of New York.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1

 2   A P P E A R A N C E S :

 3   KISHNER MILLER HIMES P.C.
     Attorneys for Plaintiffs/Counterclaim Defendant
 4   Ora Naftali and Roni Naftali
             40 Fulton Street, 12th Floor
 5           New York, New York 10038
     BY:     JONATHAN COHEN, ESQ.
 6   jcohen@kishnerlegal.com

 7   MILBER MAKRIS PLOUSADIS SEIDEN
     Attorneys for Third-Party Cross-Claim Defendant
 8   Jeffrey L. Wechsler
             1000 Woodbury Road, Suite 402
 9           Woodbury, New York  11797
     BY:     JOHN ANTHONY LENTINELLO, ESQ.
10   jlentinello@milbermakris.com

11   HINSHAW & CULBERTSON LLP
     Attorneys for Defendant/Counterclaim
12   Plaintiff/Third-Party Plaintiff/Counterclaim
     Defendant New York Deferred Exchange
13           800 Third Avenue, 13th Floor
             New York, New York  10022
14   BY:     MATTHEW C. FERLAZZO, ESQ.
     mferlazzo@hinshawlaw.com
15

16   ORLOFF LOWENBACH STIFELMAN & SIEGEL, PA
     Attorneys for Third-Party Defendant Taplitzky
17           44 Whippany Road, Suite 100
             Morristown, New Jersey  07960
18   BY:     XIAO SUN, ESQ.
     xs@olss.com
19

20   ALSO PRESENT:

21   JEFFREY WECHSLER

22

23

24

25
```



```
 1
 2
 3          IT IS HEREBY STIPULATED AND AGREED
 4   That all objections, except to the form of
 5   The question, shall be reserved to the time
 6   Of the trial;
 7          IT IS FURTHER STIPULATED AND AGREED
 8   That the within deposition may be signed
 9   Before any Notary Public with the same force
10   And effect as if signed and sworn to by the
11   Court.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    J. Taplitzky
 2         Q.   Has anyone, as far as you are aware,
 3   ever filed any complaints against you
 4   concerning that license?
 5         A.   Never.
 6         Q.   I believe you testified earlier that
 7   you know what a 1031 exchange is?
 8         A.   Correct.
 9         Q.   How did you come to learn what a 1031
10   exchange is?
11         A.   Through our company, they give us --
12   they teach you about the different vehicles
13   that you have to assist your buyers, sellers,
14   and one of them was a 1031 exchange, and
15   through -- not a seminar.  Maybe a small talk
16   or course, and understanding how 1031 exchange
17   works, what it is, and how does it work.
18         Q.   Did this training include any written
19   materials?  Did they give you any handouts,
20   anything like that?
21         A.   I don't recall.  It was 11 years ago
22   exactly.
23         Q.   Prior to the closing of the sale of
24   Unit 42U, had you had any discussions with the
25   Naftalis about using a 1031 exchange in
```



```
 1                    J. Taplitzky
 2   connection with the sale?
 3        A.   It came out organically as we were
 4   closing.
 5        Q.   At the closing table?
 6        A.   At the closing table.
 7        Q.   How did it come out?  Can you
 8   describe that?
 9        A.   Yes.  We were doing the closing, and,
10   you know, you get a big check, and through my
11   recollection, you know, Jeffrey said, you know,
12   It's a fine thing.  What are you going to do
13   with the money?  It's a big check, seven
14   digits.
15             And Mr. Naftali said, you know,
16   Deposit it in my bank account.
17             We kind of said, or I mentioned it
18   possibly, you know, you can defer the taxes
19   that you have to pay, and Mr. Naftali knew
20   that he has to pay taxes on his revenues.  He
21   knew that, and he was prepared, and he wanted
22   to pay.  There was no problems at all.
23             And we said, You can defer your
24   taxes if you take the proceeds and apply them
25   towards buying something else.
```



```
 1                    J. Taplitzky
 2            I mean, there was a talk, and it was
 3   me and Jeff as well explained.
 4            I don't remember exactly what he
 5   said in words, but we were both explaining.  I
 6   think he used the terminology, more
 7   professional terminology, you have 45 days,
 8   the whole thing.
 9            And what I recall clearly that
10   Mr. Roni Naftali asked, at least twice, so at
11   any given point if it -- you know, if he
12   doesn't find any property, you know, that he
13   likes, or if he doesn't want to do this
14   particular exchange, he can back out and get
15   his money, you know.
16            And Jeff told him yes, and, you
17   know, you can get -- you can cancel the
18   exchange at any point, and you will get the
19   money, and as your obligation, you have to pay
20   the taxes.
21            Obviously he mentioned it; you will
22   get it and have to pay the tax that you owe,
23   and that was it.  That was at the closing
24   table.
25       Q.   Subsequent to that discussion, the
```



```
 1                    J. Taplitzky
 2   Naftalis decided to enter into a 1031 exchange,
 3   right?
 4        A.   Yes.
 5        Q.   Did you review the 1031 exchange
 6   agreement with them?
 7        A.   Prior to them deciding, we -- yes.
 8             MR. SUN:   Object to form.   You can
 9      answer.
10        A.   Yes.  We were at Mr. Jeffrey
11   Wechsler's office at the same day of the
12   closing.  The closing happened in the morning.
13   I don't remember which time in the morning
14   time.
15             We went to his office in the
16   afternoon, somewhere between four and six.  I
17   don't remember, but I know it was somewhere in
18   the range of four to six, and he had forms
19   prepared, and he told us take a minute to
20   review and make sure your name is spelled
21   correctly.  I literally recall it like it was
22   today -- yesterday.
23             And we read it.  It was plain black
24   and white agreement, that the 1031, you have
25   45 -- they had all the information over there.
```



```
 1                    J. Taplitzky
 2          I explained to them this is what he
 3   explained earlier, and their names are there,
 4   and you have to sign it.  They took about five
 5   to ten minutes to read it, yes.
 6       Q.   Did the Naftalis ask you any
 7   questions about the documents?
 8       A.   They did not, but they asked again
 9   before they signed, Roni Naftali asked again,
10   if at any point he is going to want to cancel
11   this, he gets all his money back and
12   everything, and nothing happens.
13          And Jeffrey said, Yes; there's no
14   problem.  If you don't want this, even next
15   week, you can call and cancel.
16       Q.   And at the end of this review and
17   this discussion, the Naftalis signed the
18   document?
19       A.   Yes.
20       Q.   Can I ask you to take a look at what
21   was previously marked today as Exhibit A.  Now,
22   you testified earlier about the part of the
23   email where you wrote, "I take care of the
24   trust."  Do you remember testifying about that?
25       A.   Where are you?
```

