UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORA NAFTALI AND RONI NAFTALI, AS TRUSTEES OF THE EDTOM TRUST,<br><br>    Plaintiff,<br><br>    - v –<br><br>NEW YORK DEFERRED EXCHANGE CORP., AND JEFFREY WECHSLER<br><br>    Defendants.<br>And Other Counterclaims and Third Party Claims | Civil Action No. 15-cv-7152 (JMA)(JMW) |

## NYDEC'S RESPONSE TO PLAINTIFFS' STATEMENT OF ADDITIONAL DISPUTED MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant/Counterclaim Plaintiff/Third-Party Plaintiff/Third-Party Counterclaim Defendant New York Deferred Exchange Corporation ("NYDEC") respectfully submits this Response to Plaintiffs' Statement of Additional Disputed Material Facts:

1. Upon his receipt of the fully executed Exchange Agreement, Friedrich "Fritz" Trinklein understood Plaintiffs had no tax identification number. *See* Ex. J to Cohen Declaration. (FT Dep. Tr. pg. 232:2-18)

   RESPONSE: Disputed. Mr. Trinklein testified that upon his receipt of the fully executed Exchange Agreement, he understood that Plaintiffs "were looking for" the tax identification number. *See id.*

2. Upon his receipt of the fully executed Exchange Agreement, Fritz Trinklein reviewed the "FIRPTA certification" on page 10 of the Exchange Agreement. *Id.*

   RESPONSE: Admitted.

Dated: July 1, 2021
New York, NY

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant and Counterclaim Plaintiff/
Third-Party Plaintiff/Third-Party Counterclaim
Defendant New York Deferred Exchange Corp.*

By: /s/ Matthew C. Ferlazzo
      Matthew C. Ferlazzo

800 Third Avenue, 13th Floor
New York, NY 10022
Tel: 212-471-6200
Email: mferlazzo@hinshawlaw.com